ANTONIO PINTO, an Infant, by His Guardian ad Litem, MICHAEL PINTO, and MICHAEL PINTO, Appellants, v. FRANK IMPERATO, Receiver of Premises No. 2039 First Avenue, New York City, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley and Glennon, JJ., dissent and vote to reverse and grant a new trial.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of CHARLES W. HEROLD, Respondent, v. AARON REISMAN, Appellant.— Judgment reversed, the information dismissed and the defendant discharged. There was no competent evidence to sustain the charge. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HELEN McMAHON, Respondent, v. JOSEPH V. MITCHELL and Others, as Administrators, etc., of PATRICK J. CRONIN, Deceased, Appellants.— Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $3,160; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOL SLAVIN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Townley and Glennon, JJ., dissent and vote to reverse and dismiss the information.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL GALOTTA and Another, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of JOHN HUTCHINSON POWRIE, Assignor, to RUSSELL RAYNOR and Others, Assignees, Respondents. EDMUND H. H. CADDY, Trustee, Respondent; GEORGE J. TURNER, Petitioner, Creditor, Appellant.— Order affirmed, with twenty dollars costs and disbursements to the assignees, respondents. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin and O'Malley, JJ., dissent and vote for reversal.

In the Matter of Jacob Newhouse, an Attorney. Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of Supplementary Proceedings: ACE MAIL ADVERTISING, INC., v. HARRY NEWGOLD.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell, J. dissents. Settle order on notice. [See 241 App. Div. 674, 716.]

In the Matter of JOSEPH KRANZ POLIKOFF, an Attorney. Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN J. McNABOE and JOHN F. GALVIN, JR., as Receivers, etc., v. I. NICK GORDON and IRWIN ISAACS. Motion denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

---

* Affd., 265 N. Y. 580.